IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROHAN HOPE                              :
                                        :
              Petitioner,               :    3:26-cv-1936
                                        :    (JUDGE MARIANI)
      v.                                :
                                        :
JESSICA SAGE, WARDEN,                   :
FCI LEWISBURG, *et al.*,                :
                                        :
              Respondents.              :

## ORDER

AND NOW, THIS ___30th___ DAY OF JULY  2026, upon consideration of

Petitioner Rohan Hope's counseled petition for writ of habeas corpus pursuant to 28 U.S.C.

§ 2241 (Doc. 1), Respondents' response (Doc. 4), Petitioner's traverse (Doc. 5), and for the

reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED**

**THAT**:

1.  Petitioner's habeas petition is **GRANTED**.

2.  Respondents **SHALL RELEASE** Petitioner Rohan Hope from the custody of

    Warden Sage **within 48 hours of the date of this Order.**

3.  Respondents are **DIRECTED** to **RESTORE** the conditions of Rohan Hope's prior

    Order of Supervision.

4.  Respondents **SHALL CERTIFY COMPLIANCE** with the Court's Order by filing a

    declaration or affidavit pursuant to 28 U.S.C. § 1746, **no later than Tuesday**

**August 4, 2026, at 5:00 P.M.,** confirming that Petitioner Rohan Hope has been

released from custody and that the conditions of his prior Order of Supervision have

been restored.

Robert D. Mariani
United States District Judge